**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| JOSHUA LEE CLOSE, individually and as Administrator of the Estate of Angel Marie Prichard; and COLTON HANCOCK, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BELLEVUE, IOWA; DENNIS SCHROEDER; RYAN KLOFT; and SHELBY MUTZL,<br><br>Defendants. | No. 24-CV-1012-CJW-KEM<br><br>**ORDER** |

---

The court held a status conference with counsel for the parties on May 1, 2024 (Doc. 12), during which Defendants orally moved to extend the deadline to answer or otherwise respond to the complaint ("Answer Deadline"), and to stay issuance of a scheduling order and discovery plan. Plaintiffs do not resist the request to extend the Answer Deadline, but do oppose staying issuance of a scheduling order.

The court finds the nature of the claims in Plaintiffs' complaint warrant an extension of the Answer Deadline. The court does not find, however, good cause to stay the entry of a scheduling order and discovery plan. Defendants anticipate filing a partial motion to dismiss. Based on extension of the Answer Deadline, the motion will likely not be filed until mid-July, meaning it would not be ripe for the court's consideration until early August. This amounts to a significant delay beyond the normal progression of cases in this district. Also, because Defendants anticipate filing a partial motion to dismiss, at least some of Plaintiffs' claims will remain following the court's ruling (whether in this court or potentially in state court). It appears that the facts underlying

each of Plaintiffs' claims are the same. For these reasons, the court finds a scheduling order should issue.

The court **GRANTS** Defendants' oral motion to extend their deadline to answer or otherwise respond to the complaint (Doc. 13) and extends this deadline to **July 19, 2024**. The court **DENIES** Defendants' oral motion to stay issuance of a scheduling order (Doc. 14), which the court will file separately.

**SO ORDERED** on May 2, 2024.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa